FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ NOV 05 2009 ★

LONG ISLAND OFFICE

United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

<u>09</u> CV <u>4816</u>

1) indicated that this case is related to the following case(s):

09cv3548

_____

_____

-OR-

2) the case was directly assigned to Judge _____ and Magistrate

Judge _____ as a Pro Se or Habeas case related to

____ CR/CV_____.