| Abrams, Gorelick, Friedman & Jacobson, PC  
Attorneys At Law | One Battery Park Plaza  
4th Floor  
New York, NY 10004 | Phone: 212 422-1200  
Fax: 212 968-7573  
www.agfjlaw.com

April 7, 2010

Via ECF  
Hon. A. Kathleen Tomlinson, U.S.M.J.  
United States District Court  
Eastern District of New York  
Long Island Federal Courthouse  
100 Federal Plaza  
Central Islip, New York 11722-9014

  Re: Joann Gravina, et al. v.  
    United Collection Bureau, Inc.  
    Case No. 2:09-CV-04816-LDW-AKT  
    Our File No.:  7228

Dear Judge Tomlinson:

  We represent the defendant in the above matter, and submit this in connection with Mr. Horn's April 6th letter. I was unable to meet and confer to discuss the proposed Scheduling Order with counsel for the plaintiff since I was out of town celebrating the Passover holidays with my family.

  I have reviewed the proposed Scheduling Order submitted to Your Honor, and have discussed it with them. There is only one request for modification that I have, which I have reviewed with counsel for the plaintiff, and to which they consent. In connection with the production of Rule 26 initial disclosures, my application is that the time to provide those be extended until April 19th.

  Thank you for your consideration of the above.

            Respectfully submitted,

            ABRAMS, GORELICK, FRIEDMAN  
            & JACOBSON, P.C.

            By:_____  
              Barry Jacobs

BJ:rf  
CC: Via Facsimile (866) 596-9003  
   Law Office of William F. Horn  
   188-01B 71st Crescent  
   Fresh Meadows, New York 11365  
   Attn: William F. Horn, Esq.