| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **CIVIL CONFERENCE** |
| **EASTERN DISTRICT OF NEW YORK** | **MINUTE ORDER** |

| | | | |
|---|---|---|---|
| BEFORE: | A. KATHLEEN TOMLINSON | DATE: | 5/10/10 |
| | U.S. MAGISTRATE JUDGE | TIME: | 3:00 PM |

*Gravina, et al. -v- United Collection Bureau, Inc., et al.*, **CV 09-4816 (LDW) (AKT)**

| | |
|---|---|
| TYPE OF CONFERENCE: | **TELEPHONE CONFERENCE** |

| | | |
|---|---|---|
| APPEARANCES: | Plaintiff | William F. Horn |
| | | Phillip D. Stern |
| | Defendant | Barry Jacobs |

SCHEDULING:

The next conference will be held by telephone on May 20, 2010 at 5 p.m. Plaintiffs' counsel is requested to initiate the call to Chambers.

THE FOLLOWING RULINGS WERE MADE:

1. Defendants' counsel reported that he had received an extensive settlement proposal in this proposed national class action from Plaintiffs' counsel on May 4, 2010. The carrier, however, has been unavailable until today and Defendants' counsel was not in a position to respond to the proposal at this time. In addition, counsel for Plaintiffs has provided Defendants' counsel today with copies of two additional filings in the Southern District of New York and the Southern District of California. Those filings will need to be reviewed by the carrier as well.

2. I inquired whether Defendants, in light of the additional filings, were inclined to continue discussions with regard to a potential resolution of this matter without further litigation. Defendants' counsel responded affirmatively. Therefore, I am giving the parties two more weeks to have the carrier generate a response to the settlement proposal and for counsel in turn to discuss the status of the negotiations. Counsel will report back to me at the May 20 scheduled telephone conference.

SO ORDERED

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
U.S. Magistrate Judge