# PHILIP D. STERN & ASSOCIATES, LLC
### ATTORNEYS AT LAW

PHILIP D. STERN ▪ *Member* ▪ NJ & DC Bars
pstern@philipstern.com

697 VALLEY STREET, SUITE 2-D
MAPLEWOOD, NJ 07040-2642

*www.philipstern.com*

tel   (973) 379-7500
fax   (973) 532-0866

July 15, 2010

A. Kathleen Tomlinson, U.S.M.J.
United States District Court
100 Federal Plaza
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722-9014

Re:   *Joann Gravina v. United Collection Bureau, Inc.*
      *Case 2:09-cv-04816-LDW -AKT*

Dear Judge Tomlinson,

Pursuant to the status conference call this morning, I request withdrawal as counsel in this matter. As discussed, I enclose a copy of statements from the Plaintiffs indicating their consent to my withdrawal.

Very truly yours,

Philip D. Stern
enclosures-2
*via ECF*
cc:   Robert L. Arleo, Esq. *via ECF*
      William F. Horn, Esq. *via ECF*
      Barry Jacobs, Esq., Abrams, Gorelick, Friedman & Jacobson, P.C. *via ECF*

page 1
pds1619

I, JOANN GRAVINA, hereby request and authorize that attorney Philip D. Stern and the law firm of Philip D. Stern & Associates, LLC be relieved as my attorney of record in the above-captioned matter.

DATED: July 7, 2010

_____
JOANN GRAVINA

I, ANTHONY FELIX, hereby request and authorize that attorney Philip D. Stern and the law firm of Philip D. Stern & Associates, LLC be relieved as my attorney of record in the above-captioned matter.

DATED: July 7, 2010

_____
ANTHONY FELIX

I, William F. Horn, request and authorize this disassociation of counsel and termination of Philip D. Stern and the law firm of Philip D. Stern & Associates, LLC in the above-captioned matter.

DATED:   Fresh Meadows, New York
         July 7, 2010

*s/ William F. Horn*
_____
WILLIAM F. HORN, ESQ. (WH-1070)
188-01B 71st Crescent
Fresh Meadows, NY 11365
Telephone: (718) 785-0543
Facsimile:  (866) 596-9003
E-Mail: bill@wfhlegal.com

*Attorney for Plaintiffs Joann Gravina, Anthony Felix, and all others similarly situated*

I, JOANN GRAVINA, hereby request and authorize that attorney Philip D. Stern and the law firm of Philip D. Stern & Associates, LLC be relieved as my attorney of record in the above-captioned matter.

DATED: July 7, 2010

_____
JOANN GRAVINA

I, ANTHONY FELIX, hereby request and authorize that attorney Philip D. Stern and the law firm of Philip D. Stern & Associates, LLC be relieved as my attorney of record in the above-captioned matter.

DATED: July 7, 2010

_____
ANTHONY FELIX

I, William F. Horn, request and authorize this disassociation of counsel and termination of Philip D. Stern and the law firm of Philip D. Stern & Associates, LLC in the above-captioned matter.

DATED: Fresh Meadows, New York
July 7, 2010

*s/ William F. Horn*
_____
WILLIAM F. HORN, ESQ. (WH-1070)
188-01B 71st Crescent
Fresh Meadows, NY 11365
Telephone: (718) 785-0543
Facsimile: (866) 596-9003
E-Mail: bill@wfhlegal.com

*Attorney for Plaintiffs Joann Gravina, Anthony Felix, and all others similarly situated*