| Abrams, Gorelick, Friedman & Jacobson, PC
Attorneys At Law | One Battery Park Plaza
4th Floor
New York, NY 10004 | Phone: 212 422-1200
Fax: 212 968-7573
www.agfjlaw.com

November 24, 2010

**Via ECF**
Honorable Leonard P. Wexler
United States District Court
Eastern District of New York
Alfonse M. D'Amato United States Courthouse -
Room 944
940 Federal Plaza
Central Islip, New York 11722-4449

  Re: Joann Gravina v. United Collection Bureau, Inc.
    Case No.: 09-cv-04816 (LDW)(AKT)
    Our File No.: 7228

Dear Judge Wexler:

  I represent United Collection Bureau, Inc., and submit the following in response to plaintiff's designation of the cy pres recipients as set forth in his of November 10, 2010. This letter is sent in compliance with the recent Order of Court.

  My client has no objection to the Rosenthal Award given to the Western Center on Law and Poverty. They do have an objection to the FDCPA Award being given to the National Consumer Law Center. The basis of the objection is that this particular charity does not provide information and/or otherwise report to the Better Business Bureau, and because of that, my client is uncomfortable with it being the cy pres recipient. Alternatively, my client proposes (1) the United Way or (2) Habitat for Humanity.

  We thank the Court for its consideration of the above.

            Respectfully submitted,

            ABRAMS, GORELICK, FRIEDMAN
            & JACOBSON, P.C.

            By:_____
              Barry Jacobs

BJ:rf

CC: Via e-mail: bill@wfhlegal.com
   Law Office of William Horn
   188-01B 71st Crescent
   Fresh Meadows, New York 11365